No. 14,062.

LIST *v.* YOUNG.
(73 P. [2d] 1408)

Decided November 15, 1937. Rehearing denied December 6, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Hilliard, Mr. Justice Bakke and Mr. Justice Holland, participating.

Mr. HARRY C. GREEN, Mr. FRANK D. TAGGART, for plaintiff in error.

No appearance for defendant in error.